```
McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.F. 95-5305 DLB |
| ) | |
| Plaintiff, ) | MOTION AND ORDER FOR |
| ) | DISMISSAL OF INFORMATION |
| v. ) | |
| ) | |
| JAMES WATSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Information against the above-listed defendant, in the interest of justice.

DATED: April 10, 2006                    Respectfully submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney

                                         By
                                          /s/ MARK E. CULLERS
                                         Assistant U.S. Attorney

IT IS HEREBY ORDERED that the information against JAMES WATSON is hereby dismissed and warrant recalled.

IT IS SO ORDERED.

**Dated:   April 12, 2006**              /s/ Sandra M. Snyder
icido3                                   UNITED STATES MAGISTRATE JUDGE